**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| BRYSON CLOON,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY FINANCIAL AND SYNCHRONY BANK;<br><br>Defendants. | Case No. 2:23-cv-02078-HLT-KGG |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Bryson Cloon and Defendant Synchrony Bank ("Synchrony"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed ***with prejudice***, as to Defendant Synchrony Bank, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

DATED: May 19, 2023

*/s/ Bryson R. Cloon*
Bryson R. Cloon, KS # 8660
11609 Manor Rd.
Leawood, KS 66211
913-717-5902
913-392-7121 (fax)
bryson@cloonlaw.com
*Attorney for Plaintiff*

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Emily L. Cipra*
Katrina L. Smeltzer, KS #26623
Emily L. Cipra, KS #26946
4600 Madison Avenue Suite 1000
Kansas City, MO 64112
816-627-5332
816-627-5532 (Fax)

ksmeltzer@sandbergphoenix.com
ecipra@sandbergphoenix.com
*Counsel for Synchrony Financial and Synchrony Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2023, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 81.

By: */s/ Emily L. Cipra*